GRANTED. Defendant Schwartz shall personally appear to retrieve her passport from the Clerk's Office in Hartford. It is so ordered.

Alvin W. Thompson, U.S.D.J.  Hartford, CT  2/7/05

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x

UNITED STATES OF AMERICA

v.  Case No. 3:02CR311 AWT

LAURA SCHWARTZ

Defendant.

------------------------------------------------x

FILED 2004 OCT -5 A 10:54

## DEFENDANT'S MOTION FOR RETURN OF PASSPORT

The Defendant herein respectfully requests that her United States Passport be returned to her for the purpose of confirming identification and U.S. Citizenship.

Dated: Hartford, CT
September 30, 2004

FILED 2005 FEB -7 P 4:14 U.S. DISTRICT COURT HARTFORD, CT.

DEFENDANT LAURA SCHWARTZ

x _Laura E. Schwartz_

__Certification of Service__

This is to certify that a copy of the foregoing was delivered on this, the 5th day of October, 2004, via first class mail, postage prepaid to:

James G. GENCO — John A. Danaher, III & Lisa E. Perkins
US Attorney's office in Hfd — 450 Main St. Rm 328
Hartford, CT 06103 — (860) 947-1101

Laura E. Schwartz Attorneys to be noticed